1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MICHAEL A. RODRIGUEZ (NYBN 4938262)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7146
7      FAX: (415) 436-7234
       michael.rodriguez@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 18-0430 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER SETTING<br>) HEARING DATE AND EXCLUDING TIME |
| SAMUEL TAYLOR DERENCE, | ) FROM THE SPEEDY TRIAL ACT<br>) CALCULATION |
| Defendant. | ) |

Defendant Samuel Taylor Derence, represented by his attorney, Gabriela Bischof, and the Government, represented by Michael A. Rodriguez, appeared before the Court on April 23, 2019 for a status hearing. The Court set a further status hearing for May 21, 2019 at 2:30 p.m. Counsel for defendant represented that additional time was needed for attorney preparation and has requested that time be excluded under the Speedy Trial Act between April 23, 2019 and May 21, 2019. The Government did not object to the request to exclude time.

Therefore, the parties agree, and the Court finds and holds, as follows:

1. This matter is set before this Court for a status hearing on May 21, 2019 at 2:30 p.m.

2. The time between April 23, 2019 and May 21, 2019 is excluded under the Speedy Trial

Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

Dated: April 24, 2019

/s/ *Gabriela Bischof*
GABRIELA BISCHOF
Assistant Federal Public Defender
Counsel for Samuel Taylor Derence

Dated: April 24, 2019

/s/ *Michael A. Rodriguez*
MICHAEL A. RODRIGUEZ
Assistant United States Attorney

IT IS SO ORDERED.

Dated: April 29, 2019

RICHARD SEEBORG
United States District Judge