STEVEN G. KALAR
Federal Public Defender
Northern District of California
GABRIELA BISCHOF
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:        Gabriela_Bischof@fd.org


Counsel for Defendant DERENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL TAYLOR DERENCE,<br><br>Defendant. | **Case No.:** CR 18–430 RS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

The above titled matter is currently scheduled for a hearing on June 26, 2019 at 10 a.m. Unfortunately, undersigned defense counsel is unavailable on that date and time. Moreover, Mr. Derence continues to investigate this case and the parties are working toward a resolution. Counsel for the government is unavailable on the Court's next available date, July 16, 2019. Accordingly, the parties agree that for effective preparation of counsel that the hearing presently set for June 26, 2019, should be continued to Tuesday, August 20, 2019, at 2:30 p.m. or as soon thereafter as it may be heard.

The parties further stipulate that the time between June 25, 2019, and August 20, 2019, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate, and ask the Court to find, that the requested exclusion of time is in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

June 24, 2019
Dated

RICHARD SEEBORG
United States District Judge

IT IS SO STIPULATED.

June 24, 2019
Dated

DAVID ANDERSON
United States Attorney
Northern District of California

/S
MICHAEL RODRIGUEZ
Assistant United States Attorney

June 24, 2019
Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
GABRIELA BISCHOF
Assistant Federal Public Defender